Name　　　　　BILL LIETZKE

Street Address　GENERAL DELIVERY

City and County　MONTGOMERY

State and Zip Code ALABAMA　36104

Telephone Number

FILED

OCT 10 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

BILL LIETZKE

GENERAL DELIVERY

135 CATOMA STREET

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

　　-against-

CITY OF BIRMINGHAM, ET AL

PATRICK D. SMITH

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:18-CV-02733-KJM-AC (PS)
*(to be filled in by the Clerk's Office)*

Jury Trial:　　☐ Yes　☐ No
　　　　　　　　*(check one)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | BILL LIETZKE |
| Street Address | GENERAL DELIVERY |
| City and County | MONTGOMERY |
| State and Zip Code | ALABAMA  36104 |
| Telephone Number | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | CITY OF BIRMINGHAM, ET AL, PATRICK D. SMITH |
| Job or Title (if known) | POLICE CHIEF |
| Street Address | 425 6th AVENUE SOUTH |
| City and County | BIRMINGHAM |
| State and Zip Code | ALABAMA |
| Telephone Number | |

Defendant No. 2

| | |
|---|---|
| Name | CITY OF BIRMINGHAM MUNICIPAL COURT |
| Job or Title (if known) | |
| Street Address | 801 17TH STREET NORTH |
| City and County | BIRMINGHAM |
| State and Zip Code | ALABAMA  35203 |
| Telephone Number | |

2

Defendant No. 3

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____


Defendant No. 4

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____


## II.     Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

TITLE 28, U.S.C., SECTION 1331

_____

_____

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

   a.     If the plaintiff is an individual

       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b.     If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

   a.     If the defendant is an individual

       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.    If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

_____

_____

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

_____

_____

_____

_____

_____

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_____

_____

_____

_____

_____

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20__.

Signature of Plaintiff        _____

Printed Name of Plaintiff     _____

6

BILL LIETZKE
GENERAL DELIVERY
135 CATOMA STREET
MONTGOMERY, ALABAMA   36104

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

BILL LIETZKE,                          ) CASE NO.
                                       )
            PLAINTIFF,                 )
                                       )
VS.                                    )
                                       )
CITY OF BIRMINGHAM, ET AL,             ) UNLAWFUL ARREST, FALSE IMPRISONMENT,
                                       ) HARASSMENT, CIVIL RIGHTS VIOLATIONS
            DEFENDANTS.                )

1.  Jurisdiction founded on the existence of a federal question and amount in controversy.

2.  The action arises under the Constitution of the United States, Article III, Section II, as hereinafter more fully appears.

3.  The amount in controversy exceeds, exclusive of interests and costs, the sum of $1,000,000,000.00

4.  Civil rights violations cases Bill Lietzke vs. City of Birmingham, Et Al, Bill Lietzke vs. Greyhound Lines, Inc., filed under Title 28, U.S.C. Section 1331, Federal Question Jurisdiction and Title 42, U. S. C., Section 1983, Civil Rights Cases.

5.  On or about the 20th day of April, 2018 at about 5:30p.m., and upon arrival of the Plaintiff at the Birmingham, Alabama Greyhound Lines, Inc. by Greyhound Bus from the Nashville, Tennessee Greyhound Lines, Inc., the City of Birmingham, last known addresses 425 6th Avenue South, Birmingham, Alabama and two (2) unidentified, unspecified African-american black male Birmingham Greyhound Lines, Inc. Defendants procured the unlawful arrest, the unlawful violation of the personal liberty, and the subsequent false imprisonment of Plaintiff Bill Lietzke,

for any appreciable time however brief, and committed said non-consentual, intentional confinement of the Plaintiff without lawful privilege therfor, and for any appreciable time however brief in the Birmingham City Jail from April 20, 2018 to April 21, 2018. The City of Birmingham, last known addresses 425 6th Avenue South and two (2) unidentified, unspecified African-american black male Birmingham Greyhound Lines, Inc. Defendants purposely deprived the Plaintiff of freedom of movement by use of physical barrier and force and other total and complete unreasonable duress, without the Plaintiff's consent which harmed the Plaintiff, and such harm was substantially caused by the City of Birmingham's and unidentified, unspecified African-american black male Defendants' conduct.

6. Thereafter, the Plaintiff was released from the Birmingham City Jail, last known addresses 425 6th Avenue South, Birmingham, Alabama on the bond of $300.00 on April 21, 2018.

7. On or about the 20th day of April, 2018 at about 5:30p.m., the City of Birmingham, 425 6th Avenue South, Birmingham, Alabama and unidentified, unspecified African-american black male Birmingham Greyhound Lines, Inc. Defendants struck, shoved, kicked, and touched the Plaintiff, subjected the Plaintiff to unlawful physical contacts and subjected the Plaintiff to unlawful arrest and false imprisonment on frivolous and baseless charges.

8. Thereafter, the Plaintiff was released from the Birmingham City Jail, last known addresses 425 6th Avenue South, Birmingham, Alabama on the bond of $300.00 on April 21, 2018.

9. The City of Birmingham, 425 6th Avenue South and Unidentified, unspecified African-american black male Defendants violated the Plaintiff's First Amendment, Second Amendment, Third Amendment, Fourth Amendment, and Fifth Amendment rights of the United States Constitution.

10.   The Plaintiff seeks therefor Actual, Punitive, and Compensatory Damages against all Defendants for $2,000,000,000.00

11.   The Plaintiff seeks assessment of fines against all Defendants for $20,000,000.00

12.   The Plaintiff further seeks imprisonment of all Defendants in a maximum security federal/state prison for 10 years.

Submitting for filing this   October 3, 2018

General Delivery
135 Catoma Street
Montgomery, Alabama   36104